JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JOAQUIN CALLINS, | CASE NO. EDCV 20-01911-FMO(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.B. ATCHLER, WARDEN, et. al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: __March 4, 2021

_____
                              /s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE